*Thursday, April 15, 1999*

## MOTION DOCKET

**99–542. White v. Konteh.**
Trumbull App. No. 99–T–0020. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of appellee's motion to vacate this court's order to stay judgment of March 24, 1999, or motion for release on an appellate bond,

IT IS ORDERED by the court that the motion to vacate be, and hereby is, granted, and the motion for stay granted on March 24, 1999 is vacated.

IT IS FURTHER ORDERED by the court that Samuel White be released on personal recognizance.

F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

## RECONSIDERATION DOCKET

**98–668. Stacy v. Nationwide Mut. Ins. Co.**
Erie App. No. E–96–053. On April 9, 1999, *amicus curiae* Ohio Academy of Trial Lawyers filed a motion for leave to file a motion for reconsideration with its motion for reconsideration attached and also filed separately its motion for reconsideration. Whereas, S.Ct.Prac.R. XI(2) prescribes that an *amicus curiae* may not file a motion for reconsideration without prior leave of this court,

IT IS ORDERED by the court, *sua sponte*, that the motion for leave to file a motion for reconsideration and the separately filed motion for reconsideration be, and hereby are, stricken.

RESNICK, J., not participating.

*Friday, April 16, 1999*

## MOTION DOCKET

**96–2029. State v. White.**
On June 18, 1998, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that this court declined jurisdiction and dismissed the appeal in case No. 98–1937, appellant's post-conviction appeal, on December 23, 1998, and denied reconsideration on February 3, 1999,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on June 18, 1998, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 15th day of July, 1999, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Ashland County.

*Monday, April 19, 1999*

## MISCELLANEOUS DISMISSALS

**98–299. State ex rel. Longworth v. O'Neill.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of this court that relator has not filed a merit brief, due March 1, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.